JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA SOTO, as an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TEAM INDUSTRIAL SERVICES,<br>a California business organization,<br><br>Defendants. | Case No.: 2:21-cv-05483DSF(ASx)<br><br>**ORDER TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**<br><br>State Complaint: May 18, 2021<br>Trial Date: June 20, 2023 |

Case No. 2:21-cv-05483DSF(ASx)                                              ORDER]

## ORDER

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

Dated: November 28, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE